No. 1444. OTERO, APPELLEE, *v.* ARÁN, APPELLANT.—Action of debt.  Mayagüez.  February 4, 1916.  Appeal dismissed.

---

No. 152. CARLOS CID & Co., PETITIONER, *v.* CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Mandamus.  February 11, 1916.  Petition denied.

---

No. 1457. TORRES, APPELLEE, *v.* VIDAL, APELLANT.—Filiation and partition of estate.  Ponce.  February 17, 1916.  Appeal dismissed.

---

No. 941. THE PEOPLE, APPELLEE, *v.* PELLOT, APPELLANT.—Aggravated assault and battery.  Mayagüez.  February 18, 1916.  Judgment affirmed.

---

No. 1419. ROSADO, APPELLANT, *v.* CESTEROS ET AL., APPELLEES.—Damages.  (Motion for change of venue.)  Guayama. February 23, 1916. Appeal dismissed.

---

No. 1460. THE MAYAGÜEZ DRUG Co., APPELLEE, *v.* CASANOVAS ET AL., APPELLANTS.—Nullity of debt, etc.  Ponce.  February 25, 1916.  Appeal withdrawn.

---

No. 163. MONCLOVA, PETITIONER, *v.* LLOREDA, DISTRICT JUDGE, RESPONDENT.—Mandamus.  March 6, 1916.  Petition withdrawn.

---

No. 1003. THE PEOPLE, APPELLEE, *v.* RAMOS, APPELLANT.—Involuntary manslaughter.  Ponce.  March 7, 1916.  Appeal withdrawn.